VINCENT AVARELLO V. LOUIS WEINBERG and Another.— Motion to dismiss appeal denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANTONINETTE FRELE RUSSO, an Infant, etc., v. THE CITY OF NEW YORK.— Motion denied, with ten dollars·costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of C. FLASKAMP & COMPANY and Others to Confirm Award Made in the Arbitration Proceedings between Said Petitioners and PARK LANE DRESSES, INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by sections 591 and 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMILY G. WIKOFF, as Administratrix, etc., v. JOSEPH HIRSCHEL.— Motion granted; question certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ALBERT C. WILLS v. INVESTORS BANKSTOCKS CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, .JJ.

COOPER & COOPER, INC., v. NATIONAL PARK BANK OF NEW YORK.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of NICHOLAS J. VAVOUDIS for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks, etc., to Pay over Certain Funds Now at THE BANK OF UNITED STATES.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of CHARLES W. WALTER for an Order Directing MARK HENRY SCHNEIDER, an Attorney, to Turn over Certain Moneys.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN BARABELL v. NANCY E. HATCH.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JAY CARTON, Suing on Behalf of Himself, etc., v. RUBEL CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELIZABETH ASHMAN v. RODGERS & HAGERTY, INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

CHARLES SCHATZ v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of ASAHI CORPORATION against TAUNTON WEAVING COMPANY for an Order Confirming the Award of Arbitrators Herein.